UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,              Case No. 3:22-cr-130

vs.

DELAQUAN HENDERSON,          District Judge Michael J. Newman
                                                          Magistrate Judge Caroline H. Gentry

    Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 25)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 25. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with being a felon in possession of a firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

    May 1, 2023                                          s/Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge