UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:22-cr-130

vs.

DELAQUAN HENDERSON,            District Judge Michael J. Newman

    Defendant.

## ORDER CLARIFYING THAT DEFENDANT SHALL NOT BE RELEASED FROM CUSTODY

This criminal case is before the Court following Defendant's sentencing hearing on April 22, 2024. Defendant was sentenced to time-served in this federal case but must still serve time for a different charge in state custody.

Thus, Defendant shall remain in detention at all times—whether in federal or state custody—and shall not be released until the conclusion of his state-issued sentence. This Order does not authorize the release of Defendant under any circumstances.

**IT IS SO ORDERED.**

April 22, 2024                                                s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                          United States District Judge